# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LISA MATA, *et al.*, <br><br> Defendants. | 2:17-cv-00682-APG-VCF <br> **ORDER** |

The parties have filed an approved stipulated discovery plan and scheduling order (ECF No. 18).

Accordingly,

IT IS HEREBY ORDERD that the discovery hearing scheduled for 11:00 AM, September 13, 2017, is VACATED.

DATED this 11th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE