# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

J&J Sports Productions, Inc.

Plaintiff,

V.

Lisa Mata, et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-cv-00682-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of plaintiff against defendant LVP International, LLC in the amount of $3,000.00 for Violation of Title 47 USC 605(e)(3)(c)(i)(II).

| February 20, 2018 | /s/ Debra K. Kempi |
|---|---|
| Date | Clerk |
| | /s/ Justin Matott |
| | (By) Deputy Clerk |